```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF KENTUCKY
                      SOUTHERN DIVISION
                         AT LONDON
```

CIVIL ACTION NO. 2015-189 (WOB-CJS)

PAUL SHEPHERD                                          PLAINTIFF

VS.                              <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 13), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 15) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the Commissioner's decision is supported by substantial evidence and therefore **affirmed;** that defendant's motion for summary judgment (Doc. 12) is **granted;** that plaintiff's motion for summary judgment (Doc. 11) is **denied.** Judgment to be entered concurrently herewith.

This 24th day of March, 2017.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge